# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FORRESTER LINCOLN MERCURY, INC.,** | : | **CIVIL ACTION NO. 1:11-CV-1136** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **FORD MOTOR COMPANY,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 22nd day of August, 2012, upon consideration of the joint motion to amend case management order and continue pretrial deadlines and trial date (Doc. 97), it is hereby ORDERED that said motion is GRANTED. Accordingly, the remaining pretrial deadlines, pretrial conference and trial date are hereby extended and continued, to be reset after the court rules on the pending dispositive motions. The expert disclosure deadlines shall remain in place.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge